# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | LA CV11-05106 JAK (FFMx) | Date | August 28, 2012 |
|---|---|---|---|
| Title | Mariano Duvall v. Richard Torres, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL**

On August 27, 2012, plaintiff filed "Notice of Settlement" (Dkt. 80). The Court sets an Order to Show Cause re Dismissal for November 26, 2012 at 1:30 p.m. If the parties file a dismissal by November 21, 2012, the matter will be taken off calendar and no appearance by counsel will be required.

The September 6, 2012 Final Pretrial Conference, Exhibit Conference and Motions in Limine (Dkt. 34, 35, 36, 37, and 38) and the September 11, 2012 Jury Trial are vacated.

**IT IS SO ORDERED.**

|   |   : |
|---|---|
| Initials of Preparer | ak |